IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TYRONE
JOSEPH JOYCE                                                                                    PLAINTIFF

v.                                            Case No. 6:23-cv-06029

SHERIFF SCOTT FINKBEINER,
Hot Spring County, Arkansas; JAIL
ADMINISTRATOR FRED PHILLIPS;
OFFICER BERLAN, Badge #141; and
OFFICER PILCHER                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation ("R&R") filed October 10, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27). Plaintiff Michael Tyrone Joseph Joyce ("Plaintiff") has objected. (ECF No. 28). The Court finds the matter ripe for consideration.

In the R&R, Judge Bryant recommends that Defendants Sheriff Scott Finkbeiner, Jail Administrator Fred Phillips, Officer Berlan, and Officer Pilcher's (together, "Defendants") Motion for Summary Judgment (ECF No. 17) be granted and Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice. (ECF No. 27, at 17).

Plaintiff has timely objected. (ECF No. 28). However, Plaintiff's objection fails to articulate a clear argument critical of Judge Bryant's R&R and instead reiterates many of the factual allegations underlying his claim. The Court will not address these issues. However, the Court will address Plaintiff's non-specific objection that Judge Bryant failed to locate specific records from Plaintiff's therapist. (ECF No. 28, at 4). Upon review of the record, the Court has

located these documents (ECF No. 23, at 74) and finds that they do not change Judge Bryant's analysis or findings.

Upon *de novo* review, the Court hereby adopts the R&R (ECF No. 27) *in toto*. Accordingly, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 17) should be and hereby is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 31st day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge